TIFFANY APPLEWHITE et al., Respondents, v ACCUHEALTH, INC., et al., Defendants, CITY OF NEW YORK, Appellant.

Submitted May 28, 2013; decided May 30, 2013

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

---

MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Decided May 30, 2013

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

---

ELIZABETH GONZALEZ, Appellant, v CITY OF NEW YORK, Respondent.

Submitted April 1, 2013; decided May 30, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 859 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.